# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

CASSANDRA OSVATICS, on behalf of herself and all others similarly situated,

           Plaintiff,

v.

LYFT, INC.,

           Defendant.

Case 1:20-cv-01426-KBJ

## LYFT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION

Defendant Lyft, Inc. ("Lyft") respectfully moves this Court to compel individual arbitration of Plaintiff's claim in this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* ("FAA"). Plaintiff entered into a valid arbitration agreement with Lyft that requires arbitration on an individual basis of all claims and disputes with Lyft, including the claim she has asserted in this action. The FAA requires this Court to enforce that agreement, and to stay this lawsuit pending any arbitration of Plaintiff's claim on an individual basis. Any dispute concerning the arbitrability of Plaintiff's claims (including disputes about the scope, applicability, enforceability, or validity of the agreement) must be decided by an arbitrator, not by this Court.

Further, Lyft moves to stay this action pending the resolution of arbitration pursuant to 9 U.S.C. § 3.

Finally, even if the FAA were not applicable, the District of Columbia revised Uniform Arbitration Act would require enforcement of Plaintiff's arbitration agreement and a stay of this action pending the resolution of any arbitration on an individual basis. D.C. Code § 16-4407(f).

This motion is based on the accompanying Memorandum of Points and Authorities; the Declaration of Neil Shah and exhibit thereto; the Declaration of Ian Muir; the Proposed Order; the pleadings, records, and other papers on file in this action; and any further evidence or arguments as may be presented at or before an oral hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7(m). Counsel for the parties conferred on June 16th, 2020. Counsel for the parties were unable to resolve their dispute about whether Plaintiff's claim must be arbitrated. Plaintiff indicated that Plaintiff opposes this motion.

Lyft respectfully requests an oral hearing on this motion.

Respectfully submitted,

*/s/ Elaine J. Goldenberg*
Elaine J. Goldenberg (Bar ID 478383)
elaine.goldenberg@mto.com
Rachel G. Miller-Ziegler (Bar ID 229956)
rachel.miller-ziegler@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor
Washington, DC 20004
Tel: (202) 220-1100

Rohit K. Singla (*pro hac vice forthcoming*)
rohit.singla@mto.com
Justin P. Raphael (*pro hac vice forthcoming*)
justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for any party indicated as non-registered participants on this 16th day of June 2020.

                                                                                               */s/ Elaine J. Goldenberg*
                                                                                               Elaine J. Goldenberg