UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CASSANDRA OSVATICS, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC., <br><br> Defendant. | No. 20-cv-1426 (KBJ) |

## ORDER

Upon consideration of Defendant Lyft, Inc.'s Motion to Compel Individual Arbitration and Stay Proceedings Pending Arbitration (*see* ECF No. 6), and the memoranda of law that each party has submitted with respect to that motion,[1] the Court has reached the following conclusion regarding the disposition of Defendant's motion. The Court's reasoning will be set forth in a Memorandum Opinion to be issued shortly, absent unforeseen circumstances.

It is hereby

**ORDERED** that Defendant's Motion to Compel Individual Arbitration and Stay Proceedings Pending Arbitration is **GRANTED**.

---

[1] (*See* Def.'s Mem. in Supp. of Mot. to Compel Individual Arbitration and Stay Proceedings Pending Arbitration, ECF No. 6-1; Pl.'s Opp'n to Def.'s Mot. to Compel Individual Arbitration and Stay Proceedings Pending Arbitration, ECF No. 20; Def.'s Reply in Supp. of Mot. to Compel Individual Arbitration and Stay Proceedings Pending Arbitration, ECF No. 28.)

This Order shall not be deemed a final Order subject to appeal until the Court has issued its Memorandum Opinion.  *Cf. St. Marks Place Hous. Co., Inc. v. U.S. Dep't of Hous. & Urban Dev.*, 610 F.3d 75, 80–82 (D.C. Cir. 2010).

Date:  March 31, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge