IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA OSVATICS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>LYFT, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:20-cv-01426-JMC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through her attorneys, gives notice that Plaintiff hereby voluntarily dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

As Defendant has filed neither an answer nor a motion for summary judgment in this action, this dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(A).

Dated: March 10, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Christopher M. McNerney*
　　　　　　　　　　　　　　　　　　Christopher M. McNerney (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　OUTTEN & GOLDEN LLP
　　　　　　　　　　　　　　　　　　685 Third Avenue, 25th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　Telephone: (212) 245-1000
　　　　　　　　　　　　　　　　　　Facsimile: (646) 509-2060
　　　　　　　　　　　　　　　　　　Email:  cmcnerney@outtengolden.com

*/s/ Pooja Shethji*
Pooja Shethji (Bar No. 1632574)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, Suite 200W
Washington, DC 20001
Tel.: (202) 847-4400
Fax: (646) 509-2097
Email: pshethji@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*

2